DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EQUITY TRUST COMPANY, CUSTODIAN FBO GEORGE J. MANTOAN ROTH IRA 200284071,**
Appellant,

v.

**A SUITE SALON-BOCA, LLC,**
Appellee.

No. 4D20-1046

[January 14, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2019-CA-006309-XXX-MB.

Michael Heidt of the Law Office of Gable & Heidt, Hollywood, for appellant.

John M. Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***